THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
THOMAS E. FRANKOVICH (State Bar No. 074414)
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiff
CRAIG YATES, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | **CASE NO. CV-09-3448-BZ** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |
| v. | |
| SUPERIOR PALACE SEAFOOD; T.W. ENG CONSTRUCTION CO., INC., a California corporation; LIAO ZI LI and CHEN LI QUN, individual's dba SUPERIOR PALACE SEAFOOD, | |
| Defendants. | |

Plaintiff CRAIG YATES, an individual and Defendants T.W. ENG CONSTRUCTION CO., INC., a California corporation; LIAO ZI LI and CHEN LI QUN, individual's dba SUPERIOR PALACE SEAFOOD, by and through their respective counsel, respectfully request and make the following stipulation:

    1.    Whereas, all defendants in the above caption have been served with the summons and complaint;

    2.    Whereas, defendants T.W. ENG CONSTRUCTION CO., INC., a California corporation; LIAO ZI LI and CHEN LI QUN, individual's dba SUPERIOR PALACE SEAFOOD have just retained counsel and defendants have requested an extension to respond to plaintiff's complaint;

///

3.      Whereas, the parties are currently in the process of negotiating a settlement, and wish to reduce fees, costs and litigation expenses in so doing.  The parties need additional time to negotiate the terms;

4.      Whereas, the parties believe it would be in the interests of efficiency and economy to extend the deadline for defendants T.W. ENG CONSTRUCTION CO., INC., a California corporation; LIAO ZI LI and CHEN LI QUN, individual's dba SUPERIOR PALACE SEAFOOD to respond to the complaint, in order to allow time to negotiate an agreement;

5.      Whereas, defendants T.W. ENG CONSTRUCTION CO., INC., a California corporation; LIAO ZI LI and CHEN LI QUN, individual's dba SUPERIOR PALACE SEAFOOD further stipulate that defendants will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by this court prior to the date on which defendants' responsive pleading is due; and

6.      Whereas, plaintiff has agreed to grant additional time for defendants T.W. ENG CONSTRUCTION CO., INC., a California corporation; LIAO ZI LI and CHEN LI QUN, individual's dba SUPERIOR PALACE SEAFOOD  to respond to the complaint.

///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

CV-09-3448-BZ                    2

1    **IT IS STIPULATED:**

2        That the last day for Defendants T.W. ENG CONSTRUCTION CO., INC., a California

3    corporation; LIAO ZI LI and CHEN LI QUN, individual's dba SUPERIOR PALACE

4    SEAFOOD, to respond to the complaint shall be extended up to and including December 11,

5    2009.

6                                           Respectfully submitted,

7

8    DATED: November 3, 2009               THOMAS E. FRANKOVICH,
                                           *A PROFESSIONAL LAW CORPORATION*
9

10
                                           By: _____/S/_____
11                                              Thomas E. Frankovich
                                           Attorneys for Plaintiff CRAIG YATES, an
12                                         individual

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

CV-09-3448-BZ                                                              3

1    DATED: 11/3     , 2009          JASON G. GONG,
2                                    **LIVINGSTON LAW FIRM**

3
4                                    By: _____
                                            Jason G. Gong
5                                    Attorneys for Defendants T.W. ENG
                                     CONSTRUCTION CO., INC., a California
6                                    corporation; LIAO ZI LI and CHEN LI QUN,
                                     individual's dba SUPERIOR PALACE SEAFOOD
7

8                                    **ORDER**

9        **IT IS HEREBY ORDERED** that Defendants T.W. ENG CONSTRUCTION CO., INC.,

10   a California corporation; LIAO ZI LI and CHEN LI QUN, individual's dba SUPERIOR

11   PALACE SEAFOOD are granted an extension of time to and including December 11, 2009, to

12   answer or otherwise respond to plaintiff's complaint.

13

14
     DATED: November 5,     , 2009    _____
15                                    Honorable Bernard Zimmerman
16                                    United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

---

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

1 | **CERTIFICATE OR PROOF OF SERVICE**

2 | State of California       }

                   } ss

3 | County of Marin         }

4 |       I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United States, over the age of eighteen (18) years and not a party to the within action or proceeding; that

5 | my business address is 4328 Redwood Hwy, Suite 300, San Rafael, CA 94903; that on the below date, following normal business practice, I served the foregoing document, described as:

6 |

7 | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

8 | on the interested parties in this action, conveyed as follows:

9 | ☒      By depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:

10 |          ☒     in first class U.S. Mail

11 |          ☐     in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of

12 | correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United

13 | States Postal Service at San Rafael.

14 | addressed to:

15 | Jason G. Gong

16 | LIVINGSTON LAW FIRM

1600 South Main Street, Suite 280

17 | Walnut Creek , CA 94596

18 |       I declare under penalty of perjury under the laws of the State of California that I am

19 | employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on November 5, 2009, at San Rafael,

20 | California.

21 |

22 |

23 |                   Armetrice Cooper

24 |                   (Original signed)

25 |

26 |

27 |

28 |