1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:     415/674-8600
4  Facsimile:     415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES, an individual;

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | CASE NO. CV-09-3448-BZ |
| Plaintiff, | STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON |
| v. | |
| SUPERIOR PALACE SEAFOOD; T.W. ENG CONSTRUCTION CO., INC., a California corporation; LIAO ZI LI and CHEN LI QUN, individual's dba SUPERIOR PALACE SEAFOOD, | |
| Defendants. | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with

///

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON     CASE NO. CV-09-3448-BZ

1  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

2      This stipulation may be executed in counterparts, all of which together shall constitute
3  one original document.

5  Dated: April 15, 2011          THOMAS E. FRANKOVICH
                                      *A PROFESSIONAL LAW CORPORATION*

8                                     By: /S/ Thomas E Frankovich
                                           Thomas E. Frankovich
9                                     Attorney for CRAIG YATES, an individual

11  Dated: _____, 2011      LIVINGSTON LAW FIRM

14                                    By: _____
15                                        Jason Gong
                                   Attorney for CHEN LI QUN, individual dba
16                                     SUPERIOR PALACE SEAFOOD

18  **<u>ORDER</u>**

19      IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
20  Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for
21  the purpose of enforcing the parties' Settlement Agreement and General Release should such
22  enforcement be necessary.

24  Dated: _____, 2011

                                   _____
26                                     Honorable Magistrate Judge Bernard Zimmerman
                                   UNITED STATE DISTRICT JUDGE

-2-

1 | prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

2 |     This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: _____, 2011

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*


By:_____
    Thomas E. Frankovich
Attorney for CRAIG YATES, an individual

Dated: 4/4/11, 2011

LIVINGSTON LAW FIRM

By: _____
    Jason Gong
Attorney for CHEN LI QUN, individual dba
SUPERIOR PALACE SEAFOOD

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: April 18, 2011

_____
Honorable Magistrate Judge Bernard Zimmerman
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON   CASE NO. CV-09-3448-BZ

-2-